# EXHIBIT B

IN THE CIRCUIT COURT FOR THE CITY OF PORTSMOUTH

| | |
|---|---|
| DAVID J. BOND, as Administrator of the Estate of YVONNE MILLER, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> QUEEN OF VIRGINIA SKILL & ENTERTAINMENT, LLC, <br><br> POM OF VIRGINIA, LLC, <br><br> and <br><br> PACE-O-MATIC, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  CASE NO. CL22-1902 |

## NOTICE OF FILING OF NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this 26th day of May, 2022, Defendants Queen of Virginia Skill & Entertainment, LLC, POM of Virginia, LLC and Pace-O-Matic, Inc., by and through the undersigned counsel and with consent of all Defendants, filed their Notice of Removal of this case in the United States District Court for the Eastern District of Virginia, Norfolk Division, via CM/ECF. A true and correct copy of the Notice of Removal is attached hereto as Exhibit 1 in accordance with 28 U.S.C. § 1446(d).

Respectfully submitted,

May 31, 2022

Jason C. Hicks, VSB # 46961
Ian R. Dickinson, VSB # 92736
WOMBLE BOND DICKINSON US, LLP
201 E. Main Street, Suite P
Charlottesville, VA 22902
Tel: 202-857-4463
Jason.Hicks@wbd-us.com
Ian.Dickinson@wbd-us.com

*Attorneys for Defendants Queen of Virginia Skill &
Entertainment, LLC, POM of Virginia, LLC, and
Pace-O-Matic, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via United States mail and email upon:

Frank Kilgore, Esq.
FRANK KILGORE, P.C.
P.O. Drawer 1210
St. Paul, Virginia 24283
frank@fkilgore.net

Ronald D. Slaven, Jr., Esq.
SLAVEN LAW GROUP, P.C.
308 George Washington Hwy N., Ste. 1
Chesapeake, VA 23323
ronald@slavenlawgroup.com

*Counsel for Plaintiff*

This 31st day of May, 2022.

Jason C. Hicks

womblebonddickinson.com



May 31, 2022

Hon. Cynthia P. Morrison
Clerk, Portsmouth Circuit Court
1345 Court Street
Suite 101
Portsmouth, VA 23705

**Via Federal Express and Email [CMorrison@vacourts.gov]**

**Re:**    **David J. Bond, as Administrator of the Estate of Yvonne Miller,
Deceased v. Queen of Virginia Skill & Entertainment, LLC et al.,
CL22-1902**

Womble Bond Dickinson (US) LLP

201 East Main Street
Suite P
Charlottesville, VA 22902

t:   434.422.5110

Jason Hicks
Partner
Direct Dial: 202-857-4536
Direct Fax: 202-261-0013
E-mail: Jason.Hicks@wbd-us.com

Dear Ms. Morrison:

Enclosed please find Defendants' *Notice of Filing of Notice of Removal* for filing in the above-referenced matter.  Also enclosed please find a copy of the first page of the *Notice of Filing* to be file-stamped and returned to me in the enclosed pre-paid, self-addressed return envelope.  Please do not hesitate to contact me if you should have any questions.

Thank you for your assistance in this matter.

Best regards,

**Womble Bond Dickinson (US) LLP**

Jason Hicks
Partner

Encl.

cc: Frank Kilgore, Esq; Ronald D. Slaven, Jr., Esq.

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.