# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

| | |
|---|---|
| DAVID J. BOND, as Administrator of the Estate of YVONNE MILLER, Deceased,   ) <br>   ) <br>   ) <br> Plaintiff,   ) <br>   ) <br> v.   ) <br>   ) <br> QUEEN OF VIRGINIA SKILL & ENTERTAINMENT, LLC,   ) <br>   ) <br> POM OF VIRGINIA, LLC,   ) <br>   ) <br> and   ) <br>   ) <br> PACE-O-MATIC, INC.,   ) <br>   ) <br> Defendants.   ) | CIVIL ACTION FILE NO. _____ <br><br> AS REMOVED FROM THE PORTSMOUTH CIRCUIT COURT NO. CL22-1902 |

## DECLARATION OF PAUL GOLDEAN

I, Paul Goldean, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury:

1. I am President and Chief Operating Officer for Pace-O-Matic, Inc. ("Pace-O-Matic"). I am also a member of Queen of Virginia Skill & Entertainment, LLC ("QVS"), and I am a signatory authority for POM of Virginia, LLC ("POM VA") (collectively, Pace-O-Matic, QVS, and POM VA shall be referred to as "Defendants"), and I have knowledge and understanding of the corporate and organizational structure of Defendants as set forth herein. I am aware of and have access to corporate records for each of the Defendants. The information set forth in this Declaration is given of my personal knowledge as developed in the course of my duties as well as my review of corporate records maintained by Defendants.

2.    QVS is a Wyoming limited liability company with its principal place of business in Duluth, Georgia. The members of QVS are citizens of Florida, Georgia, Pennsylvania, and North Carolina. None of its members is a citizen of the Commonwealth of Virginia.

3.    POM VA is a Wyoming limited liability company with its principal place of business in Duluth, Georgia. The sole member of POM VA is a citizen of Georgia.

4.    Pace-O-Matic is a Wyoming corporation with its principal place of business in Duluth, Georgia.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 16, 2022.

Paul Goldean

2