# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO                                                MARK S. DAVIS
CLERK OF COURT                                                  CHIEF JUDGE

May 31, 2022

Ronald D. Slaven, Jr., Esq.
SLAVEN LAW GROUP, P.C.
308 George Washington Hwy. N., Ste. 1
Chesapeake, VA 23323
ronald@slavenlawgroup.com

> Case No*: 2:22-cv-00227*
> Case Style: *Bond v. Queen of Virginia Skill and Entertainment, LLC et al*

Dear Counsel:

The above-captioned matter has been removed from state court to the United States District Court for the Eastern District of Virginia. According to our computer database, you are admitted to practice in this court but are not registered as an e-filer.

It will be necessary for you to either register to e-file or associate with local counsel registered for electronic filing in this court, pursuant to our Local Rule 83.1 (D) and (F). All necessary information regarding registering to e-file can be found on this Court's website listed below. Your contact info in CM/ECF needs to be updated as well. Thank you for your cooperation

Very truly yours,

FERNANDO GALINDO, Clerk

By: _____/s/_____
       E. Price, Deputy Clerk