United States District Court
Eastern District of Virginia
Norfolk, Virginia 23510

Chambers of
Rebecca Beach Smith
United States District Judge

## PROCEDURE FOR CIVIL MOTIONS

This case has been assigned to United States District Judge Rebecca Beach Smith.

Pursuant to Local Rule 7, a brief shall accompany all motions (unless excepted by the rule). Courtesy copies of briefs are not required unless the filing, including exhibits, exceeds fifty (50) pages.

After all briefs are filed, it is incumbent upon counsel for the moving party to confer with opposing counsel and advise the Clerk's Office by "Notice" whether a ruling or determination based upon the briefs alone (without oral argument) is desired. Requests for oral argument should be electronically filed with the Clerk's Office. If Judge Smith determines that oral argument is warranted, counsel will be notified by the Judge's courtroom deputy or her judicial assistant and a date and time will be set. Absent a request for hearing, the motion(s) will be referred automatically to Judge Smith.

Unless otherwise directed by Judge Smith, all discovery issues shall be directed to the Magistrate Judge assigned to the civil action. See Local Rule 26 for discovery motion procedures.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## NOTICE

### CONSENT TO TRIAL BY MAGISTRATE JUDGE

Pursuant to Federal Rule of Civil Procedure 73 and 28 U.S.C. § 636(c) you may request to have your case conducted before a United States Magistrate Judge upon consent of all parties and approval by a United States District Judge. In order to proceed before a Magistrate Judge, a consent form must be filed with the Clerk's Office. It may be filed jointly or separately. The consent form may be printed from the U.S. District Court website (listed below) or obtained from the Clerk's Office. Please refer to the previously mentioned rule for further information.

### FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1, a financial disclosure statement must be filed by a "nongovernmental corporation, partnership, trust, [or] other similar entity that is a party to, or that appears in, an action or proceeding in this Court." This statement should be filed with the party's "first appearance, pleading, petition, motion, response, or other request addressed to the Court" The financial interest disclosure statement may be printed from the U.S. District Court website (listed below) or obtained from the Clerk's Office. Please refer to the previously mentioned rule for further information. Failure to file the financial interest disclosure statement as required by Local Rule 7.1 will result in this first submission being filed subject to defect by the Clerk.

### WEBSITE AND CLERK'S OFFICES ADDRESSES

The website address for the U.S. District Court for the Eastern District of Virginia is www.vaed.uscourts.gov. If you do not have access to a computer, contact one of the Clerk's Offices listed below to obtain either of these forms:

Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314
(703) 299-2101

Walter E. Hoffman United States Courthouse
600 Granby Street
Norfolk, VA 23510
(757) 222-7201

Spottswood W. Robinson III and
Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street
Richmond, VA 23219
(804) 916-2220

United States Courthouse
2400 West Avenue
Newport News, VA 23607
(757) 247-0784

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK/NEWPORT NEWS DIVISION

MOTIONS TO BE DETERMINED WITHOUT ORAL ARGUMENT

I.   **GENERAL**

A.   The motions listed in II below will be automatically referred for decision to Judge Smith.

B.   Other motions will be referred for decision to Judge Smith when:

1.   Directed by Rule 16(b) Order.
2.   Directed by the court.
3.   Requested by a party.

II.   **THE FOLLOWING MOTIONS ARE REFERRED FOR DECISION BEFORE THE RULE 16(b) CONFERENCE:**

A.   **Without exception** - whether an answer is filed or not - **unless deadline for Rule 16(b) is approaching:**

1.   For change of venue to another court or divisional office of this court.
2.   To stay and/or for arbitration.
3.   To remand to state court.
4.   To join necessary party/parties.  Rule 19, FRCP.

B.   **Without exception** - unless an answer is also filed by every defendant and/or unless the deadline for initial pretrial conference is approaching:

1.   Rule 12 motions to dismiss for:
   a.   Insufficiency of process of service (motion to quash).
   b.   Failure to state a claim upon which relief may be granted.
   c.   More definite statement.
   d.   Lack of jurisdiction.